UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21354-CIV-CANNON/Otazo-Reyes

**GREGORY DAVIS,**

 Plaintiff,
v.

**ANDREW SAUL,**
*Commissioner of Social Security*,

 Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the parties' cross-motions for summary judgment [ECF Nos. 22 and 24]. On December 1, 2020, the Court referred the motions to Magistrate Judge Alicia M. Otazo-Reyes for appropriate disposition [ECF No. 21]. On July 19, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") [ECF No. 28], recommending that the Court **DENY** Plaintiff's Motion for Summary Judgment [ECF No. 22] and **GRANT** the Commissioner's Motion for Summary Judgment [ECF No. 24]. The R&R states that the parties shall file any objections within fourteen days of the date of the R&R [ECF No. 28, p. 31]. Plaintiff timely filed an Objection to the R&R [ECF No. 29] on August 2, 2021.

The Court has conducted a *de novo* review of the R&R, Plaintiff's Objection, and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the factual findings in the R&R to be thorough, exhaustive, and supported by competent, substantial record

evidence. Further, the R&R's legal analysis and conclusions are well-reasoned and correct. The Court therefore agrees with the analysis in the R&R.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 28] is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [ECF No. 22] is **DENIED**.

3. Defendant's Motion for Summary Judgment [ECF No. 24] is **GRANTED**.

4. The Commissioner's decision is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of August 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record